Ronald Wilcox, Attorney #176601
2160 The Alameda, Suite F
San Jose, CA 95126
(408) 296-0400
Fax: (408) 296-0486

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Kris English                                  Chapter 13
        Trisha English                               Case No. 03-55672 JRG
                                                      **AMENDED**
Debtor(s)_____/          MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

X   1.   With respect to the monthly plan payments of  $2,500 X 1, $3,250.00 thereafter, those payments shall:
    ___  be suspended for the months of _____
    ___  be increased to  $_____, effective _____
    X    be decreased to $ $2,550.00_____, effective July, 2005
    ___  [other]

___ 2.   With regard to secured claims:
    ___  to treat the claim(s) of additional creditors as secured, as follows:
         Creditor Name              Value of Collateral          Monthly Pmt (if fixed)    Interest Rate (must be specified)

    ___  to change the treatment of certain secured claims, as follows:
         Creditor Name              Value of Collateral          Monthly Pmt (if fixed)    Interest Rate (must be specified)

    ___  to treat as unsecured, the claims of the following creditors which were previously treated as secured.

X   3.   With regard to general unsecured claims, to change the dividend paid:
    X    from  45 % to 100 %
    ___  from a pot plan* of $_____ to a pot plan* of $_____
    ___  from a percentage plan at _____ % to a pot plan* of $_____
    ___  from a pot plan* of $_____ to a percentage plan at _____%
         * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined
         after allowed administrative, secured and priority unsecured claims are paid.  The plan payments will
         continue at the highest monthly payment provided in the confirmed plan, as it may have been
         modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within
         sixty (60) months of the original date of confirmation.

___ 4.   Other modifications:

    5.   Debtor(s') reason(s) for requesting the above modification are: Both debtors have new jobs.  Since Kris is no
         longer working for the department of defense, they now have to pay rent and utilities.

    6.   The plan, if modified, would be completed within sixty (60) months from commencement of the case.

    WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: 8/09/05_____                    /s/ Ronald Wilcox_____
Rev. 2/05                                    [Attorney for] Debtor(s)