Ronald Wilcox, Attorney  #176601
2160 The Alameda, Suite F
San Jose, CA 95126
(408) 296-0400
Fax: (408) 296-0486

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   Kris English                                Chapter 13
         Trisha English                              Case No. 03-55672 JRG

                                                     REQUEST FOR DEFAULT ORDER RE
                                                     MOTION TO MODIFY CHAPTER 13 PLAN

Debtor(s)_____/

   The undersigned declares:

1.   I am the attorney for the Debtor(s) in the above action.

2.   Debtor(s) filed a Motion to Modify Chapter 13 Plan on  August 9, 2005.

3.   Copies of the MOTION TO MODIFY CHAPTER 13 PLAN and NOTICE OF OPPORTUNITY FOR HEARING have been served on all parties entitled to service by regular mail.  Other parties who accept electronic notice, including the Chapter 13 Trustee, have received such notice.

4.   If the proposed modification will reduce prospective plan payments, amended Schedules I and J, and a declaration by the Debtor explaining the changed circumstances, were filed on July 14, 2005.

5.   Debtor(s) request that an Order modifying the Chapter 13 plan as proposed in said Motion be granted.  The undersigned declares that his/her office has not received a request for a hearing within the time provided.

   I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct.


Dated: 09/12/2005                         /s/ Ronald Wilcox
                                          Attorney for Debtor(s)


Rev. 2/05