DEVIN DERHAM-BURK
CHAPTER 13 TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

TRUSTEE FOR DEBTOR

**Entered on Docket**
**September 20, 2005**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**IT IS SO ORDERED.**
**Signed September 20, 2005**

James R. Grube
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                              Chapter 13
                                    Case No. 03-5-5672 JRG
KRIS CYRIL ENGLISH
TRISHA JALAYNE ENGLISH              ORDER CONFIRMING MODIFIED
                                    CHAPTER 13 PLAN

Debtor(s)
_____/

Upon consideration of Debtor(s)' APPLICATION TO MODIFY CHAPTER 13 PLAN
filed with the Court on August 9, 2005     , and good cause appearing
therefore;

IT IS ORDERED THAT the modified plan filed on August 9, 2005
is confirmed.                ***END OF ORDER***

The Chapter 13 Trustee has reviewed the Application to Modify Chapter 13
plan and amended Schedules I and J, if applicable, and has no opposition
thereto.

Dated: September 19, 2005          /S/ Devin Derham-Burk, Trustee
                                   _____
                                   #104353

KRIS CYRIL ENGLISH                    CASE NO: 03-5-5672 JRG
TRISHA JALAYNE ENGLISH

FORD MOTOR CREDIT COMPANY              WELLS FARGO BANK
DRAWER 55-953/CHAPTER 13               CONSUMER LOAN COLLECTION CTR
P O BOX 55000                         P O BOX 7648
DETROIT MI 48255-0953                  BOISE ID 83707


WELLS FARGO BANK                       FRANCHISE TAX BOARD
CONSUMER LOAN COLLECTION CTR           P O BOX 2952
P O BOX 7648                           SACRAMENTO CA
BOISE ID 83707                                     95812-2952


INTERNAL REVENUE SERVICE               ASPIRE
P O BOX 21125                          P O BOX 105341
PHILADELPHIA PA                        ATLANTA GA
             19114-0325                            30348-5341


CBSJ FINANCIAL                         ECAST SETTLEMENT CORPORATION
299 STOCKTON AVE                       P O BOX 35480
SAN JOSE CA                            NEWARK NJ
             95126                                 07193-5480


ECAST SETTLEMENT CORPORATION           MERRICK BANK
P O BOX 35480                          C/O WEINSTEIN TREIGER ET AL
NEWARK NJ                              2101 FOURTH AVE #900
             07193-5480                SEATTLE WA 98121


NORDSTROM FSB                          ECAST SETTLEMENT CORPORATION
P O BOX 6566                           P O BOX 35480
ENGLEWOOD CO                           NEWARK NJ
             80155                                 07193-5480


ECMC                                   ECAST SETTLEMENT CORPORATION
#8682                                  P O BOX 35480
P O BOX 75848                          NEWARK NJ
ST PAUL MN 55175-0848                              07193-5480


WELLS FARCO BANK WEST NA               ZIONS FIRST NATIONAL BANK
7000 VISTA DR MAC# N8235049            DEPARTMENT 232 K5
WEST DES MOINES IA                     P O BOX 30709
             50266                     SALT LAKE CITY UT 84130

```
AMERICAN EXPRESS                          MARK SPENCER
C/O BECKET & LEE LLP                      401 S FILLMORE
P O BOX 3001                              JEROME ID
MALVERN PA 19355-0701                             83338


ECAST SETTLEMENT CORPORATION              CSAC / EDFUND ACCOUNTING
P O BOX 35480                             P O BOX 419041
NEWARK NJ                                 CORDOVA CA
          07193-5480                               95741-9041




RONALD WILCOX ESQ                         KRIS CYRIL ENGLISH
2160 THE ALAMEDA 1ST FL #F                TRISHA JALAYNE ENGLISH
SAN JOSE CA                               201 ADA AVE #15
                                          MOUNTAIN VIEW CA
95126
                                          94043
```